

```
        FILED
    U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

    2019 JAN 24  A 11: 58

    WILLIAM W. BLEVINS
         CLERK
```

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR RECEIPT OF CHILD PORNOGRAPHY AND NOTICE OF FORFEITURE



**FELONY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **19-00008** |
| v. | * | SECTION: **SECT. L MAG. 4** |
| EDD SCAFIDEL, JR. | * | VIOLATIONS: 18 U.S.C. § 2252(a)(2) |
| | | 18 U.S.C. § 2252(b)(1) |
| | * | 18 U.S.C. § 2253 |

\* \* \*

The Grand Jury charges that:

### COUNT ONE - RECEIPT OF CHILD PORNOGRAPHY

Beginning at a time unknown, and continuing until on or about December 4, 2018, in the Eastern District of Louisiana, and elsewhere, the defendant, **EDD SCAFIDEL, JR.**, did knowingly receive, and attempt to receive, visual depictions, that is, digital images and videos and computer images and videos, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, the production of which

```
___ Fee_____USA
_√_ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No.____
```

involved the use of minors, including some as young as approximately one (1) year old, engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## NOTICE OF FORFEITURE

1. The allegations of Count One of this Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253.

2. As a result of the offense alleged in Count One, the defendant, **EDD SCAFIDEL, JR.**, shall forfeit to the United States all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and/or any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, in violation of Title 18, United States Code, Sections 2252(a)(2) and 2253, including but not limited to:

   a. One (1) Toshiba laptop, serial number: 3C16-189Q;

   b. One (1) Toshiba laptop, serial number: 58327950Q;

   c. One (1) Toshiba laptop, serial number: XB088452Q;

   d. One (1) Toshiba laptop, serial number: XA154587W;

   e. One (1) Sandisk Cruzer flash drive, turquoise in color, serial number: 20051741121181F111D9

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third person;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 2253.

A TRUE BILL

███████

FOREPERSON

PETER G. STRASSER
UNITED STATES ATTORNEY

_[signature]_
JORDAN GINSBERG
Assistant United States Attorney
Illinois Bar No. 6282956

New Orleans, Louisiana
January 24, 2019

FORM OBD-34

No._____

# UNITED STATES DISTRICT COURT

____Eastern____ *District of* ____Louisiana____

____Criminal____ *Division*

## THE UNITED STATES OF AMERICA

vs.

## EDD SCAFIDEL, JR.

# INDICTMENT

### INDICTMENT FOR RECEIPT OF CHILD PORNOGRAPHY AND NOTICE OF FORFEITURE

VIOLATIONS: 18 USC § 2252(a)(2)
18 USC § 2252(b)(1)
18 USC § 2253

*A true bill.*

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
*Foreperson*

Filed in open court this _____ day of _____
_____ A.D. 2019.

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
*Clerk*

Bail, $ _____

**JORDAN GINSBERG**
Assistant United States Attorney